**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 25-1982**

─────────

HARRY GINGOLD,

        Plaintiff - Appellant,

    v.

WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, for and on behalf of West Virginia University, their successors and assigns and their assignees; E. GORDON GEE, individually and in his role as President of West Virginia University; MARYANNE REED, individually and in her role as Provost and Vice President for Academic Affairs; GREGORY DUNAWAY, individually and in his role as Dean of the Eberly College of Arts and Sciences; EARL SCIME, individually and in his role as Director of the School of Mathematics and Data Sciences,

        Defendants - Appellees.

─────────

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Thomas S. Kleeh, Chief District Judge.  (1:23-cv-00091-TSK-MJA)

─────────

Submitted:  March 26, 2026                                    Decided:  March 30, 2026

─────────

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Harry Gingold, Appellant Pro Se.  Wendy G. Adkins, JACKSON KELLY PLLC, Morgantown, West Virginia, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry Gingold appeals the district court's order adopting in part and rejecting in part the magistrate judge's recommendation to grant Defendants' motion to dismiss Gingold's claims stemming from several events that took place during his employment, and denying Gingold's combined Fed. R. Civ. P. 59(e) motion and motion for leave to amend his amended complaint. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").

We have reviewed the record in conjunction with the arguments Gingold raises on appeal and find no reversible error. Accordingly, we affirm the district court's orders, *Gingold v. W. Va. Univ. Bd. of Governors*, No. 1:23-cv-00091-TSK-MJA (N.D. W. Va. Sep. 20, 2024; Aug. 5, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*